UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN M. MURRAY,<br><br>        Plaintiff,<br>vs.<br><br>GROSS POLOWY, LLC<br><br>        Defendants. | Case No. 1:18-CV-03932-LDH-JO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff pro se, SEAN M. MURRAY, hereby gives notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant GROSS POLOWY, LLC.

Executed on Monday, July 23, 2018.

SEAN M. MURRAY, Plaintiff Pro Se
P.O. Box 1110
Albany, New York 12201-1110
U.S.A.